IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEMISPHERX BIOPHARMA, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FEDERAL INSURANCE CO. | : | NO.  02-4727 |

## SCHEDULING ORDER

AND NOW, this 1st  day of October , 2002, based upon the case status reports filed by the parties hereto, it is ORDERED:

1. All discovery in this case is to be completed by JANUARY 31, 2003  .

2. All dispositive motions are due five (5) days after the discovery period.

3. The case will be placed in the trial pool (published in <u>The Legal Intelligencer</u>) on MARCH 3, 2003    .

4. At least seven (7) days prior to the case being listed in the pool as set forth in paragraph 3, all parties will file their respective pretrial memorandums, which shall include all items set forth in paragraph 8 of the Pretrial and Trial Procedures Before Judge Ronald L. Buckwalter.  A copy of the pretrial memorandums shall be sent to opposing counsel and unrepresented parties.  Unless otherwise ordered, counsel need not submit a  pretrial memorandum, if a dispositive motion is filed, until after the Court's ruling on the motion. If necessary, pretrial memos are due 7 days after the Court's ruling on the motion.

5. If requested by counsel, the court will hold a pretrial conference, but no such conference will ordinarily be scheduled in the absence of a request.

RONALD L.  BUCKWALTER, J.

BY: _____
Matthew J.  Higgins
Deputy Clerk